[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 20, 2006
THOMAS K. KAHN
CLERK

No. 05-14578

D. C. Docket No. 05-01073 CV-NE
BKCY No. 04-80171-JAC

In Re: ROBERT FRANK ANTONELLI,
    JANA ADAMS ANTONELLI

        Debtors.

_____

ROBERT FRANK ANTONELLI,
JANA ADAMS ANTONELLI,

                                        Plaintiffs-Appellants,

                    versus

KARL C. KNIGHT,

                                        Defendant-Appellee.

Appeal from the United States District Court
for the Northern District of Alabama

**(April 20, 2006)**

Before DUBINA, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Appellants/Debtors Robert and Jana Antonelli appeal the district court's affirmance of the bankruptcy court's grant of summary judgment against the Antonellis, which denied the discharge of their debts through bankruptcy pursuant to 11 U.S.C. § 727(a)(2).

Because there is substantial evidence in the record that the creditor, Karl C. Knight, has been hindered or delayed in garnishing funds of the Antonellis, we affirm the district court's judgment affirming the bankruptcy court's grant of summary judgment, which denied the discharge of the Antonelli's debts through bankruptcy pursuant to 11 U.S.C. § 727(a)(2).

**AFFIRMED.**